IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JEFFREY H.B. ALEXANDER, deceased, by and through his personal representative STEPHANIE L. ALEXANDER, and STEPHANIE L. ALEXANDER, personal representative, on behalf of the heirs of JEFFREY H.B. ALEXANDER,<br><br>            Plaintiffs,<br><br>vs.<br><br>MONTANA-DAKOTA UTILITIES CO., a Delaware Corporation; and JOHN DOES I-X,<br><br>            Defendants. | Cause No. CV-18-82-BMM<br><br><br><br>**ORDER GRANTING JOINT MOTION TO ATTEND HEARING REMOTELY** |

Pursuant to the Parties' Joint Motion to Attend Hearing Remotely, and for good cause appearing therefor, IT IS HEREBY ORDERED that the parties may appear remotely at the hearing set for July 27, 2020, at 1:30 p.m. The parties will

contact the Clerk of Court's office to make arrangements for their remote appearance.

DATED this  2nd  day of July, 2020.

/s/ Brian Morris
_____
Brian Morris, Chief District Judge
United States District Court