# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| JEFFREY H.B. ALEXANDER, deceased, by and through his personal representative STEPHANIE L. ALEXANDER, and STEPHANIE L. ALEXANDER, personal representative, on behalf of the heirs of JEFFREY H.B. ALEXANDER,<br><br>Plaintiffs,<br><br>vs.<br><br>MONTANA-DAKOTA UTILITIES CO., a Delaware Corporation; and JOHN DOES I-X,<br><br>Defendants. | Cause No. CV-18-82-BMM<br><br>**ORDER** |

Pursuant to Plaintiffs' Unopposed Motion to Extend Time to File Plaintiffs' Response Brief Opposing MDU's Renewed Motion in Limine to Exclude Plaintiffs' Expert Michael Hanzlick, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs have up to and including May 11, 2021 to file their response brief in opposition to Defendant's Renewed Motion in Limine (Doc. 84).

DATED this  4th  day of      May           , 2020.


_____
Brian Morris, Chief District Judge
United States District Court