IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JEFFREY H.B. ALEXANDER, deceased, by and through his personal representative STEPHANIE L. ALEXANDER, and STEPHANIE L. ALEXANDER, personal representative, on behalf of the heirs of JEFFREY H.B. ALEXANDER,<br><br>Plaintiffs,<br><br>vs.<br><br>MONTANA-DAKOTA UTILITIES CO., a Delaware Corporation; and JOHN DOES I-X,<br><br>Defendants. | CV-18-82-GF-BMM<br><br>**ORDER** |

The Court has been informed that this case has settled after continued settlement negotiations conducted by Magistrate Judge John Johnston. (Doc. 97.) Accordingly, **IT IS HEREBY ORDERED** that all deadlines and hearings in this case are **VACATED**. The parties shall file a stipulation for dismissal and submit

-1-

a proposed order of dismissal to the undersigned on or before September 13, 2021, or show good cause for their failure to do so.

DATED this 12th day of August, 2021

_____
Brian Morris, Chief District Judge
United States District Court