A. Clifford Edwards
A. Christopher Edwards
John W. Edwards
Michael P. Sarabia
Edwards & Culver
1648 Poly Drive, Suite 206
Billings, MT 59102
Telephone: (406) 256-8155
Email: lauren.nahale@edwardslawfirm.org
Email: chris@edwardslawfirm.org
Email: john.edwards@edwardslawfirm.org
Email: michael@edwardslawfirm.org

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| JEFFREY H.B. ALEXANDER, deceased, by and through his personal representative STEPHANIE L. ALEXANDER, and STEPHANIE L. ALEXANDER, personal representative, on behalf of the heirs of JEFFREY H.B. ALEXANDER,<br><br>            Plaintiffs,<br><br>vs.<br><br>MONTANA-DAKOTA UTILITIES CO., a Delaware Corporation; and JOHN DOES I-X,<br><br>            Defendants. | Cause No. CV-18-82-BMM<br><br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW, all the parties to this litigation, by and through their undersigned counsel, and stipulate and agree that all the claims in this cause may be dismissed with prejudice, the parties to bear their own costs and fees.

DATED this 19th day of January, 2022.

**EDWARDS & CULVER**

By: /s/ A. Christopher Edwards
A. Clifford Edwards
A. Christopher Edwards
John W. Edwards
Michael P. Sarabia
EDWARDS & CULVER
1648 Poly Drive, Suite 206
Billings, MT 59102
lauren.nahale@edwardslawfirm.org
chris@edwardslawfirm.org
john.edwards@edwardslawfirm.org
michael@edwardslawfirm.org

*Attorneys for Plaintiffs*

**CROWLEY FLECK, PLLP**

By: /s/ Jeffery J. Oven
Jeffery J. Oven
Clayton H. Gregersen
CROWLEY FLECK, PLLP
490 North 31st Street, Suite 500
PO Box 2529
Billings, MT 59103
joven@crowleyfleck.com
cgregersen@crowleyfleck.com

*Attorneys for Defendants*