# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| JEFFREY H.B. ALEXANDER, deceased, by and through his personal representative STEPHANIE L. ALEXANDER, and STEPHANIE L. ALEXANDER, personal representative, on behalf of the heirs of JEFFREY H.B. ALEXANDER,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>MONTANA-DAKOTA UTILITIES CO., a Delaware Corporation; and JOHN DOES I-X,<br><br>　　　　　Defendants. | Cause No. CV-18-82-BMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

THIS MATTER, having come before the Court on the Stipulation for Dismissal with Prejudice filed by all parties, and the Court being fully advised in the premises; **IT IS HEREBY ORDERED** that all claims in this action be dismissed with prejudice, each party to pay their own costs and fees.

DATED this 19th of January, 2022.

_/s/ Brian Morris_
Brian Morris, Chief District Judge
United States District Court